IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00356-MSK-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ROBERT J. YANAVICH,

       Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

       This matter is before the Court upon a letter submitted by the defendant to the Probation Office for early termination consideration. On April 23, 2012, the Government deferred to the Probation Office, which had no objection to the defendant's request. On May 22, 2012, the Court concurred with the Probation Office that the defendant is a suitable candidate for early termination of supervised release. Accordingly, it is

       ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

       DATED this 23rd day of May, 2012.

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge